IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEATHER L. HAMPSEY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| GUY NASELLO, Individually, | ) |
| RAIL LOGISTICS, INC., a Corporation, | )  CAUSE NO. 05-920-MJR |
| DAVID MAHANEY, Individually, | ) |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) |
| Defendants. | ) |

## ORDER

Before the Court is "Plaintiff's Motion for Leave to Amend Complaint under 735 ILCS 5/2-616(a),(d)." **(Doc. 9).** Plaintiff has learned that named and served defendant Railway Logistics Services, Inc., is a fictitious corporate name registered in Missouri, and not the corporation plaintiff intended to sue. Plaintiff now desires to file an amended complaint naming Rail Logistics, Inc., an Ohio corporation, as a defendant.

**IT IS HEREBY ORDERED**, for good cause shown, that plaintiff's motion for leave to amend **(Doc. 9)** is **GRANTED**. Plaintiff shall file her amended complaint on or before **March 3, 2006**.

**IT IS FURTHER ORDERED** that, after consultation with U.S. District Judge William D. Stiehl, all pending motions directed to the original complaint are rendered **MOOT**. Accordingly, the motion of defendant Railway Logistics

1

Services, Inc., for dismissal with prejudice and costs **(Doc. 7)**, and plaintiff's motion to dismiss Railway Logistics Services, Inc., without prejudice **(Doc. 10)**, are both considered moot; costs will not be awarded to Railway Logistics Services, Inc., the Missouri fictitious corporation misnamed as a defendant in the original complaint.  The motion of defendant Norfolk Southern Railway Company to dismiss or transfer this case to the Eastern District of Missouri **(Doc. 5)** is similarly rendered moot.  Norfolk Southern Railway Company is free to file a similar motion directed at the amended complaint.

**IT IS SO ORDERED.**

**DATED:  February 22, 2006**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**